(Official Form 1)
**FORM B1**

# United States Bankruptcy Court
## District of New Jersey

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Telebrands Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**54-1549293** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**81 Two Bridges Road**<br>**Fairfield, NJ 07004** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Essex** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor **See attached schedule**<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7     ■ Chapter 11     ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9     ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business     ■ Business | ■ Full Filing Fee attached |
| | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

*** Kenneth A. Rosen (KR 4963) ***

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

FILED
JAMES J. WALDRON
SEP 29 2000
U.S. BANKRUPTCY COURT
NEWARK, NJ
DEPUTY

# 5267

**Voluntary Petition**
*(This page must be completed and filed in every case)*

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _[signature]_____
Signature of Attorney for Debtor(s)

**Kenneth A. Rosen (KR 4963)**
Printed Name of Attorney for Debtor(s)

**Lowenstein Sandler PC**
Firm Name

**65 Livingston Avenue**
**Roseland, New Jersey 07068**
Address

**(973) 597-2500**
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_____
Signature of Authorized Individual

**Ajit Khubani**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
■ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

## United States Bankruptcy Court
### District of New Jersey

In re **Telebrands Corp.**
Debtor

Case No. _____

Chapter **11**

## Exhibit "A" to the Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on **September 27, 2000**.

   a. Total assets $ **15,586,000.00**

   b. Total debts (including debts listed in 2.c.,below) $ **56,276,000.00**

   c. Debt securities held by more than 500 holders.

   | | | | | Approximate number of holders |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |
   | secured / / | unsecured / / | subordinated / / | $ 0.00 | 0 |

   d. Number of shares of preferred stock  0  0
   e. Number of shares of common stock  0  0

   Comments, if any:

3. Brief description of debtor's business:
   **Developing, manufacturing, marketing and distribution of consumer products.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Ajit Khubani**

   **Note: estimated and approximated, subject to adjustment.**
   **Book values and cost is not necessarily reflective of fair market value.**

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### District of New Jersey

In re    **Telebrands Corp.**                                   Case No. _____
                            Debtor
                                                                Chapter          11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Wing Hung<br>14-24 Au Pui Wan Street<br>Fo Tan Shatin<br>M.N.T. Hong Kong | | Trade Debt | | 6,020,841.64 |
| Bax Global<br>16808 Armstrong Avenue<br>PO Box 18571<br>Irvine, CA 92713 | | Trade Debt | | 4,349,337.00 |
| KC Asia<br>Unit 9, 22/F, Lucida Ind Bldg<br>43-47 Wang Lung St.<br>Tsuen Wan, N.Y. Hong Kong | | Trade Debt | | 3,776,134.43 |
| Think Tek<br>120 Littleton Road<br>Parsippany, NJ 07054 | | Trade Debt | | 2,812,825.42 |
| Clare Freight<br>167-14 146th Road<br>Suite 2B<br>Jamaica, NY 11434 | | Trade Debt | | 1,282,027.03 |

In re    **Telebrands Corp.**                                              Case No. _____
                              Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Performance Team<br>PO Box 2807<br>11204 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | | Trade Debt | | 1,239,857.51 |
| Global Innovations<br>4807 Bayshore Blvd.<br>Suite D7<br>Tampa, FL 33611 | | Trade Debt | | 600,000.00 |
| West Telemarketing<br>9910 Maple Street<br>Omaha, NE 68134 | | Trade Debt | | 566,884.81 |
| Cooper & Dunham<br>1185 Avenue of the Americas<br>23rd Floor<br>New York, NY 10036 | | Trade Debt | | 562,140.86 |
| PDS<br>10303 Norris Avenue<br>Pacoima, CA 91331 | | Trade Debt | | 553,903.23 |
| E&M Adv<br>462 7th Avenue<br>8th Floor<br>New York, NY 10018 | | Trade Debt | | 534,903.68 |

In re   **Telebrands Corp.**_____   Case No. _____
                            Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Livron<br>3 Pearl Court<br>Allendale, NJ 07401 | | Trade Debt | | 497,855.15 |
| PAX TV<br>601 Clearwater Park Road<br>West Palm Beach, FL 33401 | | Trade Debt | | 491,410.50 |
| Columbia Tristar Game Show<br>10202 West Washington Blvd.<br>Culver City, CA 90232-3195 | | Trade Debt | | 490,488.25 |
| WJ Byrnes<br>500 Nash Street<br>El Segundo, CA 90245 | | Trade Debt | | 477,339.94 |
| Valssis<br>88 Danbury Road<br>Wilton, CT 06897 | | Trade Debt | | 466,027.07 |
| Manhattan Media<br>535 Fifth Avenue<br>10th Floor<br>New York, NY 10017 | | Trade Debt | | 456,109.95 |

| In re | **Telebrands Corp.** | Case No. _____ |
|---|---|---|
| | Debtor | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lloyd & Ulman<br>9033 Lakes Blvd.<br>West Palm Beach, FL 33412 | | Trade Debt | | 438,202.64 |
| Planned Licensing<br>300 East 51st Street<br>New York, NY 10022 | | Trade Debt | | 354,972.00 |
| Concept Display<br>341 E. 76th Street<br>Suite 2FW<br>New York, NY 10021 | | Trade Debt | | 344,598.64 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  9/29/00

Signature _____
Ajit Khubani
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Note: All amounts listed are subject to further review and verification. Amounts listed may be amended as appropriate upon a further analysis and document review. Amounts listed may not be current as of the petition date.

## LISTING OF TELEBRANDS
## WAREHOUSES

1) Anton Company
P.O. Box 686
Fairfield, NJ 07004
Robin Pio Costa Lahue
973.882.0786
Acct. #ZA1163
Balance: $00.00

2) Fairview Distribution
2206 Stagecoach Road
Stockton, CA 95205
Phil Rogers
209.942.4000
Acct. #FDC209
Balance: $248,015.76

3) Fosdick Warehouse
26 Barnes Park Industrial Road North
Wallingford, CT 06492
George Fanolis
203.269.0211
Acct. #1379
Balance: $32,747.93

4) Gieling Transportaiton, Inc.
12632 Monarch St., Unit A
Garden Grove, CA 92841
Jim Anderson
714.378.9295
Acct. #GT714
Balance: $18,533.00

5) Market Source Corp.
51 Commerce Drive
Cranbury, NJ 08512
Joseph Jaruszewski
609.395.6934
Acct.#MS609
Balance: $110,006.82

6) Oxford Express, Inc.
240 West Parkway
Pompton Plains, NJ 07444
Richard Fletcher
973.839.2228
Acct.#OE973
Balance: ($6906.40)

7) PDS
Promotional Distribution Services, Corp.
10303 Norris Avenue
Pacoima, CA 91331
Bernie
818.834.8800
Acct.#PR6354
Balance: $553,903.23

7) Performance Team
11204 Norwalk Blvd.
Santa Fe Springs, CA 90670
Craig Kaplan
562.345.2233
Acct. #PT310
Balance: $1,239,857.51

8) Cace Trucking
833 Fairmont Avenue
Elizabeth, NJ 07201
Pete Overhauls
908.351.8777
Acct. #XX8762
Balance: $4768.62

Note: Debtor reserves all rights and remedies. Warehouses have or may assert certain lien rights.

# RESOLUTION OF SPECIAL MEETING
# OF BOARD OF DIRECTORS OF
# TELEBRANDS CORP.

I hereby certify that at a special meeting of the Board of Directors of Telebrands Corp., a corporation of the State of New Jersey, held on the 29th day of September, 2000, the following Resolutions were proposed and unanimously adopted by all Directors present:

"Resolved, that the officers of the aforementioned Corporation, in view of the financial condition of Telebrands Corp., a New Jersey Corporation, be and is hereby authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the firms of Lowenstein Sandler PC, for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 and to take all steps necessary and related thereto including, without limitation, the retention of other professionals and that Ajit Khubani, President, and the other officers of the Corporation are hereby authorized to execute the Petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceedings of Telebrands Corp."

In certification hereof, I do set my hand and seal this 29th day of September, 2000.

_____
Ajit Khubani, President

## AFFILIATES

P.A.C. Holding Corp.
81 Two Bridges Road
Fairfield, New Jersey 07004

Jaspac, Inc.
81 Two Bridges Road
Fairfield, New Jersey 07004

CSJ Limited Liability Co.
81 Two Bridges Road
Fairfield, New Jersey 07004

Metabolize & Save, LLC
81 Two Bridges Road
Fairfield, New Jersey 07004

Onpro Corp.
81 Two Bridges Road
Fairfield, New Jersey 07004